

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00334-CV

**IN THE INTEREST OF AM.A.G., AN.A.G.,** and **S.L.A.G.**, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00272
Honorable Raul Perales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order terminating the parental rights of Father–R.G. is AFFIRMED. We ORDER that no costs be assessed against appellant in relation to this appeal because appellant is presumed indigent under Texas Family Code section 107.013(e).

SIGNED November 6, 2024.

_____
Rebeca C. Martinez, Chief Justice